```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

```
UNITED STATES FOR THE USE AND
BENEFIT OF WILLIAMS EQUIPMENT
& SUPPLY COMPANY, INC.                              PLAINTIFF

VS.                     CIVIL ACTION NO. 5:12-cv-36(DCB)(JMR)

US COATING SPECIALTIES
AND SUPPLIES, LLC                                   DEFENDANT

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA                          DEFENDANT/
                                          THIRD-PARTY PLAINTIFF

VS.

CADR, LLC                              THIRD-PARTY DEFENDANT/
                                        THIRD-PARTY PLAINTIFF/
                                              CROSS-CLAIMANT

VS.

US COATING SPECIALTIES
AND SUPPLIES, LLC                       THIRD-PARTY DEFENDANT

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA                     CROSS-DEFENDANT
```

ORDER

This cause is before the Court on the third-party defendant CADR, LLC ("CADR")'s motion (docket entry 32) to set aside an entry of default in favor of Travelers Casualty and Surety Co. Of America ("Travelers"). The motion, filed through counsel, recites that it is based upon "facts and law set forth" in a "Memorandum in Support of Motion to Set Aside Entry of Default which is incorporated herein by reference." No memorandum has been filed as a separate document or attachment, nor incorporated into CADR's motion, which

the Court assumes is due to an oversight by counsel.  Inasmuch as no objection has been made by Travelers, CADR shall be granted additional time to file its Memorandum.

    Accordingly,

    IT IS HEREBY ORDERED that CADR shall file its Memorandum in Support of Motion to Set Aside Entry of Default within ten (10) days from the date of entry of this Order;

    FURTHER ORDERED that Travelers shall have eleven (11) days, from the date the Memorandum is filed, to respond to CADR's motion or notify the court of its intent not to respond.  See Local Rule 47(C)(1).

    SO ORDERED, this the 16th day of June, 2014.

                                  /s/ David Bramlette  
                                UNITED STATES DISTRICT JUDGE